**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

LORENZO LAMAR KELLON                                                    PETITIONER
ADC #165224

v.                                        4:24-cv-00388-JM-JJV

DEXTER PAYNE, Director,
Arkansas Department of Corrections                                      RESPONDENT

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's Objections.  After carefully considering the objections and making a *de novo* review of the record, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice and the requested relief is DENIED.

SO ORDERED this 17th day of June, 2024.


_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE