**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

LORENZO LAMAR KELLON                                                     PETITIONER
ADC #165224

v.                                        4:24-cv-00388-JM-JJV

DEXTER PAYNE, Director,
Arkansas Department of Corrections                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED.

SO ORDERED this 17th day of June, 2024.


_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE